UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                                     Case No. 05-CR-120

STEPHEN METZLER,

        Defendant.

**ORDER**

The defendant has requested that the court modify the conditions of his probation by striking the requirement that he provide access to all financial information requested by his supervising probation officer. He states that he operates four local businesses and the condition requires a constant disclosure of financial records. The fines ordered in the matter have been paid in full and he objects to the condition because it results in payment of substantial fees to third parties in order to produce the requested financial records.

The court has consulted with the supervising probation officer and it is the court's understanding that monthly financial disclosure requirements have, for the most part, been waived. The probation officer believes that periodic reporting is appropriate in order to properly supervise the defendant and insure that there is no return to the behavior that brought him before the court. The reporting requirements imposed by the court do not require additional expense to hire accountants to make financial disclosures. Presumably, records maintained by the defendant are sufficient to comply. Moreover, given that probation is satisfied with annual reporting, the

defendant should be able to meet the requirement without additional expense or difficulty. Given this understanding, I will at this time deny defendant's request to be relieved of all financial reporting requirements. He is encouraged to discuss with his probation officer the reports that are available and if the requirement does impose an undue hardship, he may renew his motion at a later time.

**SO ORDERED** this   11th   day of May, 2006.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge